IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 12 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 1:14cr78 LG-JCG

MICHAEL YOUNG                              21 U.S.C. § 846
                                                              21 U.S.C. § 841(a)(1)
                                                              21 U.S.C. § 802(32)
                                                              21 U.S.C. § 813

**The United States Attorney charges:**

That beginning at least as early as November 2012, until the date of the Information, in Harrison County and elsewhere, in the Southern Division of the Southern District of Mississippi, the defendant, **MICHAEL YOUNG**, with others both known and unknown, did knowingly and willfully conspire to possess with intent to distribute a detectable amount of 4-Methylethylcathinone (4-MEC), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813, a detectable amount of 1-(5-Fluoropentyl)-3-(1-naphthoyl)indole (AM2201), a Schedule I controlled substance, a detectable amount of methylone, a Schedule I controlled substance, a detectable amount of a-Pyrrolidinovalerophenone (a-PVP), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for human consumption as provided in Title 21, United States Code, Section 813, a detectable amount of 1-5(5-Fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole (XLR11), a controlled substance analogue as defined in Title 21, United States Code, Section 802(32), with intent for

human consumption as provided in Title 21, United States Code, Section 813, as prohibited by Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

All in violation of Section 846, Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

*for* Ruth R. Morgan *Supv' Aust*
GREGORY K. DAVIS
United States Attorney

2